# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DEMARCUS PARKER**                                    **PLAINTIFF**

v.                              **No: 3:19-cv-266 DPM**

**MIKE ALLEN, Sheriff, Crittenden
County Detention Facility; R. C.
COLEMAN, Administrator, Crittenden
County Detention Facility; HINES,
Lieutenant, Crittenden County
Detention Facility; CODY, Sergeant,
Crittenden County Detention Facility**          **DEFENDANTS**

## ORDER

**1.** The Court withdraws the reference.

**2.** Parker hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. № 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall J.*

D.P. Marshall Jr.
United States District Judge

30 October 2019