# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**DEMARCUS PARKER**                                            **PLAINTIFF**

v.                              No: 3:19-cv-266 DPM

**MIKE ALLEN, Sheriff, Crittenden
County Detention Facility; R. C.
COLEMAN, Administrator, Crittenden
County Detention Facility; HINES,
Lieutenant, Crittenden County
Detention Facility; CODY, Sergeant,
Crittenden County Detention Facility**          **DEFENDANTS**

## JUDGMENT

Parker's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 October 2019